SLR:KMA; 2008V02567

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 03 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

TERESA A. VALERIO,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

----------------------------------X

**STIPULATION AND ORDER REGARDING FEES AND COSTS PURSUANT TO 28 U.S.C. § 2412**

Civil Action No. CV-08-4253

(Sifton, J.)
(Go, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that Plaintiff's counsel is awarded $6,118.56 (Six Thousand One Hundred Eighteen Dollars and Fifty-Six Cents) in attorney fees and expenses, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of any claim under that statute, and in accordance with the Assignment executed by Plaintiff on September 5, 2008.

Dated:

_____
RICHARD P. MORRIS, ESQ.
Klein, Wagner & Morris
Attorneys for Plaintiff
227 Broadway, 9th Floor
New York, New York 10007
(212) 385-0792
rmorris595@aol.com

*Valerio v. Commissioner of Social Security*, CV-08-4253 (CPS)(MDG), EAJA

| | |
|---|---|
| Brooklyn, New York<br>November 17, 2009 | BENTON J. CAMPBELL<br>United States Attorney<br>Eastern District of New York<br>Attorney for Defendant<br>271 Cadman Plaza East, 7th Floor<br>Brooklyn, New York 11201 |

By: *Kathleen A. Mahoney*
KATHLEEN A. MAHONEY (km 5173)
Assistant U.S. Attorney
(718) 254-6026/7000
kathleen.mahoney@usdoj.gov

SO ORDERED:

S/BMC

~~Honorable Marilyn D. Go~~ Brian M. Cogan
United States ~~Magistrate~~ Judge
D, J, N.Y.